ACCEPTED
04-15-00736-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/30/2015 4:47:57 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00736-CV

\*\*\*

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/30/15 4:47:57 PM
KEITH E. HOTTLE
Clerk

\*\*\*

CITY OF LAREDO, TEXAS

Appellant,

V.

NORTHTOWN DEVELOPMENT, INC. & GATEWAY CENTENNIAL
DEVELOPMENT, CO. (Successors-In-Interest to Trautmann Investment
Properties, Ltd.)

Appellees

APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

LAW OFFICES OF RYAN HENRY, PLLC
Ryan S. Henry
State Bar No. 24007347
Artin T. DerOhanian
State Bar No. 24095346
1380 Pantheon Way, Suite 110
San Antonio, Texas 78232
210-257-6357 (Telephone)
210-569-6494 (Facsimile)
Ryan.Henry@rshlawfirm.com
Artin.DerOhanian@rshlawfirm.com
ATTORNEYS FOR APPELLANT

1

TO THE HONORABLE JUDGE OF SAID COURT:

Appellant, CITY OF LAREDO, TEXAS (hereinafter "City"), files this its First Motion for Extension of Time to File Brief and shows the Court as follows:

The Appellant City filed this appeal on November 20, 2015 due to the judge in the 111th District Court of Webb County denying its Plea to the Jurisdiction. The court has listed the brief due on December 15, 2015. Due to the coming holidays putting several business days on hold, Appellant requests a 30 day extension of the brief deadline making the due date January 15, 2016. I have consulted with the attorneys for the Appellees and they are unopposed to the relief sought in this motion to extend deadline.

Appellant City prays this court grant this first motion for extension and extend the briefing deadline to January 14, 2016. The City further requests what other relief it may be entitled to regarding this motion.

Signed on November 30, 2015.

Respectfully Submitted,

/s/ _____

LAW OFFICES OF RYAN HENRY, PLLC
Ryan S. Henry
State Bar No. 24007347
Artin T. DerOhanian
State Bar No. 24095346
1380 Pantheon Way, Suite 110
San Antonio, Texas 78232
210-257-6357 (Telephone)
210-569-6494 (Facsimile)
Ryan.Henry@rshlawfirm.com
Artin.DerOhanian@rshlawfirm.com
ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellees, Kelly Feicht, via telephone on November 30, 2015 and she stated that Appellees are unopposed to Appellant's Motion and the relief sought above.

/s/ _____
RYAN HENRY
ARTIN DEROHANIAN

3

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the person(s) listed below on the 30th day of November, 2015.

Albert M. Gutierrez                Sent Via Email: agutierrez@lawamg.com
Kelly Canales Feicht                           kfeicht@lawamg.com
Law Offices of Albert M. Gutierrez, P.C.
7718 Broadway
San Antonio, Texas 78209
Attorneys for Appellee's
Northtown Development Inc. &
Gateway Centennial Development Co.

/s/ _____
RYAN S. HENRY
ARTIN T. DEROHANIAN